
1000000265646 153


415768282
894

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: Dana G Wright § Case Number: 07-42343-RJN-13
§
Debtor(s) §
§ Chapter: 13

### REQUEST FOR NOTICE
### PURSUANT TO BANKRUPTCY RULE 2002 AND 9010

PLEASE TAKE NOTICE THAT AmeriCredit Financial Services, Inc. hereby gives notice as follows:
Pursuant to Bankruptcy Rule 2002 and 9010, AmeriCredit hereby requests that:
(i) all notices given or required to be given in the case; and
(ii) all pleadings and correspondence served or required to be served in this case,

regarding AmeriCredit Financial Services, Inc. should be directed to AmeriCredit at the following mailing address effective immediately:

AmeriCredit
Account (last 4 digits): 8282
P.O. Box 183853
Arlington, TX 76096

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9010 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

Respectfully submitted,

_____
Alice Whitten
AmeriCredit
P.O. Box 183853
Arlington, TX 76096
(888)755-8646
customer.service.bk@americredit.com
TX00793029
File #: 265646

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Request for Notice was forwarded to all parties of interest as listed below or attached hereto via First Class, U.S. Mail, postage prepaid (unless otherwise indicated) on this 9th day of August, 2007.

_____
Alice Whitten

Trustee:
Martha G Bronitsky
Trustee of the U.S. Bankruptcy Court
P.O Box 5004
Hayward, CA 94540

Company:
AmeriCredit Financial Services, Inc.
4000 Embarcadero
Arlington, TX 76014

Attorney for Debtor:
Patrick L Forte
Attorney At Law
1 Kaiser Plaza #840
Oakland, CA 94612