1   PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
2   LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
3   Oakland, CA 94612
    Telephone: (510) 465-3328
4   Facsimile: (510) 763-8354

5   Attorneys for Debtor

6

7

8                   UNITED STATES BANKRUPTCY COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10  **In re:**                          **Case No. 07-42343 WJL**

11  **DANA GILBERRETTA WRIGHT,**        **Chapter 13**

12              **Debtor.**             **AMENDED MOTION TO MODIFY CHAPTER
                                        13 PLAN; NOTICE TO CREDITORS OF**
13  _____/  **DEADLINE TO REQUEST A HEARING**

14       The above-named debtor applies to the court for an order to modify

15  her Chapter 13 Plan as follows:

16       Debtor's May 2011 plan payment shall be suspended. Commencing June,

17  2011, debtor will pay $100.00 per month to the Trustee. Any plan

18  arrearages shall be forgiven. Unsecured, non-priority creditors shall be

19  paid on a pro-tanto basis.

20       Debtor shall surrender the 1999 Toyota Camry to Americredit

21  Financial Services.

22       The modification is sought on the following grounds:

23  Debtor has been unemployed and can no longer afford to keep her vehicle.

24

25       **NOTICE IS HEREBY GIVEN:**

26       (i)  That Local Rule 9014-1 of the United States Bankruptcy Court

Page 1 of 2

Case: 07-42343   Doc# 69   Filed: 06/23/11   Entered: 06/23/11 16:28:51   Page 1 of 2

for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter must be filed and served upon the undersigned within twenty one (21) days of mailing of this notice;

(ii)  That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

(iii)  That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

(iv)  That the undersigned will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: June 23, 2011

                              /s/ Patrick L. Forte
                              PATRICK L. FORTE
                              Attorney for Debtor

Case: 07-42343   Doc# 69   Filed: 06/23/11   Entered: 06/23/11 16:28:51   Page 2 of 2